IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMELIA HARRIS,<br>   Plaintiff,<br>vs.<br><br>HEALTHCARE SERVICE CORPORATION<br>ENH MEDICAL GROUP, INC., LTD., and<br>MELINA KELLEY,<br><br>   Defendants. | ) <br> ) <br> )   Court No.: 08 CV 2934 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

To: **Miles V. Cohen**
   **Eugene S. Kraus**
   Scott & Kraus LLC
   150 South Wacker Drive
   Suite 2900
   Chicago, Illinois 60606

On __7/24/08__, at __9:30__ a.m. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Gottschall**, or any judge sitting in his stead, in the courtroom usually occupied by her, Room 2325, US District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn, Chicago, IL 60604, and shall then and there present the attached Motion to Dismiss, a copy of which is attached hereto.

Name: Cunningham, Meyer & Vedrine, P.C.   Attorney for: ENH
Address: 111 W. Washington Street - 937   City/State: Chicago, Illinois 60602
Telephone: (312) 578-0049   Atty No.: 39107

### PROOF OF SERVICE VIA US MAIL AND FACSIMILE

  The undersigned, a non-attorney, certify that I served this notice by FAXING and mailing a copy to the above attorneys at their respective addresses and depositing the same in the U.S. Mail at 111 West Washington Street, Chicago, Illinois, before the hour of 5:00 p.m. on July 18, 2008, with proper postage prepaid.

(x) Under penalties as provided by law pursuant to  Date: __July 18, 2008__
   735 ILCS 5/1-109, I certify that the statements
   set forth herein are true and correct.     _____
                             Signature