**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Amelia Harris

                             Plaintiff,

v.                                                       Case No.: 1:08–cv–02934

                                                             Honorable Joan B. Gottschall

Health Care Service Corporation, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

     MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 7/23/2008. Briefing schedule as to MOTION by Defendant ENH Medical Group, Inc. to dismiss [11]is as follows :( Responses due by 8/15/2008, Replies due by 9/15/2008.) Ruling by mail. No appearance required on 7/24/08. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.